Michael P. Richman
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee  (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Plaintiffs The Langston Law Firm, PA,
Joseph C. Langston and Timothy R. Balducci*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>        Reorganized Debtors. | CHAPTER 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>        Plaintiffs,<br><br>        -against-<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING, in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT in his capacity as former Auditor for the State of Mississippi,<br><br>        Defendants. | Adversary Proceeding No. 07-02044<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

The plaintiffs, The Langston Law Firm, PA ("Langston"), Joseph C. Langston, and Timothy R. Balducci (collectively, the "Plaintiffs"), appeal to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a)(1), Fed. R. Bankr. P. 8001, 8002 and 8004, and Rule 8004-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, from the following order or ruling of the bankruptcy judge for the United States Bankruptcy Court for the Southern District of New York (Honorable Arthur J. Gonzales): (a) the Order, docketed on April 2, 2008, granting the Motion Of Phil Bryant In His Capacity As Auditor For The State Of Mississippi For Abstention Pursuant To 28 U.S.C. Section 1334(c).

The names of all parties to the final order and/or ruling appealed from and the names and addresses of their attorneys are as follows:

| Parties | Attorneys |
|---|---|
| The Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci | Michael P. Richman<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY 10016<br>Phone: (212) 682-7474<br>Fax: (212) 682-2329<br>email: mrichman@foley.com<br><br>-and-<br><br>Geoffrey Goodman (*admitted pro hac vice*)<br>Joanne Lee (*admitted pro hac vice*)<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60610<br>Phone: (312) 832-4500<br>Fax: (312) 832-4700 |
| The State of Mississippi, Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi | Arthur F. Jernigan, Esq.<br>Craig M. Geno, Esq.<br>HARRIS JERNIGAN & GENO, PLLC<br>587 Highland Colony Parkway |

|  | P.O. Box 3380<br>Ridgeland, MS 39158-3380<br>Phone: (601) 427-0048<br>Fax: (601) 427-0050<br><br>-and-<br><br>Andrew M. Kramer, Esq.<br>Andrew S. Halpern, Esq.<br>OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 Park Avenue<br>New York, NY 10169-0075<br>Phone: (212) 661-9100<br>Fax: (212) 682-6104 |
|---|---|

Dated: April 11, 2008

Respectfully submitted,

By:   /s/ Michael P. Richman
   Michael P. Richman
   FOLEY & LARDNER LLP
   90 Park Avenue
   New York, NY 10016
   Phone: (212) 682-7474
   Fax: (212) 682-2329
   email: rscher@foley.com

   -and-

   Geoffrey Goodman (*admitted pro hac vice*)
   Joanne Lee (*admitted pro hac vice*)
   FOLEY & LARDNER LLP
   321 N. Clark Street, Suite 2800
   Chicago, IL 60610
   Phone: (312) 832-4500
   Fax: (312) 832-4700

   *Attorneys for Plaintiffs The Langston Law Firm, PA, Joseph C. Langston and Timothy R. Balducci*