Michael P. Richman (2004646)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants The Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| WORLDCOM, INC., et al., ) | |
| ) | |
| Reorganized Debtors. ) | Case No. 02-13533 (AJG) |
| ) | |
| ) | |
| The Langston Law Firm, PA, Joseph C. ) | |
| Langston, and Timothy R. Balducci, ) | |
| ) | |
| Plaintiffs. ) | Adv. Pro. No. |
| ) | 07-02044 (AJG) |
| -v- ) | |
| ) | |
| The State of Mississippi, Stacey Pickering, ) | |
| in his capacity as Auditor for the State of ) | |
| Mississippi, and Phil Bryant, in his capacity ) | |
| as former Auditor for the State of Mississippi, ) | |
| ) | |
| Defendants. ) | |
| ) | |

# DESIGNATION OF CONTENTS OF RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED OF THE LANGSTON LAW FIRM PA, JOSEPH C. LANGSTON, AND TIMOTHY R. BALDUCCI

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellants the Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci, (the "Appellants"), by and through their attorneys Foley & Lardner LLP, hereby designate the following issues to be raised on appeal and items to be included in the record on appeal filed by the Appellants on April 11, 2008, from the following order of the bankruptcy judge for the United States Bankruptcy Court for the Southern District of New York (Honorable Arthur J. Gonzales): the Order, docketed on April 2, 2008, granting Defendants' Motion for Abstention.

## STATEMENT OF ISSUES TO BE PRESENTED

1. Whether the Bankruptcy Court erred as a matter of law in failing to accord finality to its Settlement Order of May 3, 2006 as against the collateral attack on a provision of such order (and on the associated settlement agreement approved thereby and attached thereto) attempted to be made by Appellees in a state court lawsuit commenced on December 20, 2007 ("Dec. 2007 State Court Action") (and in holding that the Dec. 2007 State Court Action was not a collateral attack or otherwise barred by well-settled principles of finality).

2. Whether the Bankruptcy Court committed reversible error in determining that mandatory abstention was required in this case.

3. Whether the Bankruptcy Court committed reversible error in determining that permissive abstention was appropriate in this case.

CHIC_2735848

## DESIGNATION OF RECORD

| Designation No. | Docket No. | Description |
|---|---|---|
| 1. | 1 | Complaint against The State of Mississippi, Phil Bryant for Declaratory Relief. Filed by The Langston Law Firm, PA, Joseph C. Langston, Timothy R. Balducci. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M) (Richman, Michael) (Entered: 09/21/2007) |
| 2. | 7 | Answer to Complaint, Counterclaim against all plaintiffs, filed by Andrew Michael Kramer on behalf of Phil Bryant in his capacity as Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 11/02/2007) |
| 3. | 13 | Agreed-upon scheduling order signed 12/13/2007 scheduling pre-trial conference on 2/26/2008 at 1:00 PM at Courtroom 523 (AJG). (DePierola, Jacqueline) (Entered: 12/13/2007) |
| 4. | 19 | Memorandum of Law Motion and Memorandum of Law in Support of Motion for Summary Judgment, filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. (Attachments: # 1 Certificate of Service) (Richman, Michael) (Entered: 12/21/2007) |
| 5. | 20 | Statement of Undisputed Facts Statement Of Material Facts As To Which There Are No Genuine Issues To Be Tried filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Certificate of Service)(Richman, Michael) (Entered: 12/21/2007) |
| 6. | 21 | Motion to Dismiss Case / Notice Of Motion Of Phil Bryant In His Capacity As Auditor For The State Of Mississippi For Abstention Pursuant To 28 U.S.C. Section 1334(c) filed by Andrew Michael Kramer on behalf of Phil Bryant. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 (AJG) Responses due by 1/25/2008, (Attachments: # 1 Declaration Of Phil Bryant# 2 Exhibit |

3

CHIC_2735848

| | | |
|---|---|---|
| | | 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4) (Kramer, Andrew) (Entered: 12/21/2007) |
| 7. | 22 | Memorandum of Law In Support Of Motion By Phil Bryant In His Capacity As Auditor For The State Of Mississippi For Abstention Pursuant To 28 U.S.C. Section 1334(c) filed by Andrew Michael Kramer on behalf of Phil Bryant. (Kramer, Andrew) (Entered: 12/21/2007) |
| 8. | 23 | Opposition Brief to Motion of Phil Bryant in His Capacity as Auditor for the State of Mississippi for Abstention filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. (Attachments: # 1 Exhibit A) (Richman, Michael) (Entered: 01/28/2008) |
| 9. | 24 | Response / Defendant's Response To Plaintiffs' Statement Of Material Facts filed by Andrew Michael Kramer on behalf of Phil Bryant in his capacity as Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 01/28/2008) |
| 10. | 25 | Memorandum of Law In Opposition To Plaintiffs' Motion For Summary Judgment filed by Andrew Michael Kramer on behalf of Phil Bryant in his capacity as Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 01/28/2008) |
| 11. | 28 | Motion to Amend -Motion for Leave to File First Amended Complaint filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 (AJG) (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 12. | 29 | Amended Complaint against Stacey Pickering in his Capacity as Auditor for the State of Mississippi, Phil Bryant in his capacity as Auditor for the State of Mississippi, The State of Mississippi for Declaratory Relief Filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 13. | 30 | Response to Defendants' Response to Plaintiffs' Statement of Material Facts filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 |

CHIC_2735848

|     |    |    |
| --- | --- | --- |
|     |    | (AJG) (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 14. | 32 | Motion for Summary Judgment as to the Defendants' Counterclaim filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 (AJG) (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 15. | 33 | Response Brief in Support of Motion for Summary Judgment filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 (AJG) (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 16. | 35 | Motion to Shorten Time for Consideration of Plaintiffs' Motion for Leave to File First Amended Complaint filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. with hearing to be held on 2/26/2008 at 01:00 PM at Courtroom 523 (AJG) (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/15/2008) |
| 17. | 36 | Memorandum of Law / Reply Memorandum In Further Support Of Motion By Phil Bryant In His Capacity As Auditor For The State Of Mississippi For Abstention Pursuant To 28 U.S.C. Section 1334(c) (related document(s)21) filed by Andrew Michael Kramer on behalf of Phil Bryant in his capacity as Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 02/15/2008) |
| 18. | 37 | Objection To Plaintiffs' Motion For Summary Judgment As To The Counterclaim filed by Andrew Michael Kramer on behalf of Phil Bryant in his capacity as Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 02/25/2008) |
| 19. | 38 | Order signed on 2/27/2008 granting leave to file first amended complaint (Related Doc # 28). (DePierola, Jacqueline) (Entered: 02/27/2008) |
| 20. | 39 | Amended Complaint against Phil Bryant in his capacity as Auditor for the State of Mississippi, Stacey Pickering in his Capacity as Auditor for the State of Mississippi, The State of Mississippi (related document(s)38) Filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, |

5

CHIC_2735848

|  |  |  |
|---|---|---|
|  |  | PA. (Attachments: # 1 Affidavit of Service) (Richman, Michael) (Entered: 02/28/2008) |
| 21. | 40 | Transcript of Hearing Held on 2/26/08 filed by Regency Reporting, Inc.. (Richards, Beverly) (Entered: 03/04/2008) |
| 22. | 41 | Response The State Auditor's Response To Plaintiffs' Statement Of Material Facts With Respect To The State Auditor's Counterclaim (related document(s)20) filed by Andrew Michael Kramer on behalf of Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 03/07/2008) |
| 23. | 42 | Memorandum of Law In Opposition To Plaintiffs' Motion For Summary Judgment As To The State Auditor's Counterclaim (related document(s)32) filed by Andrew Michael Kramer on behalf of Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 03/07/2008) |
| 24. | 43 | Declaration Of Andrew M. Kramer In Opposition To Plaintiffs' Motion For Summary Judgment As To Defendants' Counterclaim (related document(s)32) filed by Andrew Michael Kramer on behalf of Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Kramer, Andrew) (Entered: 03/07/2008) |
| 25. | 45 | Answer to Amended Complaint (Related Doc # 39) filed by Andrew Michael Kramer on behalf of Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi. (Kramer, Andrew) (Entered: 03/17/2008) |
| 26. | 47 | Letter dated March 20, 2008 (related document(s)21) filed by Andrew Michael Kramer on behalf of Stacey Pickering, in his capacity as Auditor for the State of Mississippi, and Phil Bryant, in his capacity as former Auditor for the State of Mississippi. (Attachments: # 1 Exhibit A.)(Kramer, Andrew) (Entered: 03/20/2008) |
| 27. | 48 | Letter dated March 24, 2008 filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law |

6

CHIC_2735848

| | | |
|---|---|---|
| | | Firm, PA. (Richman, Michael) (Entered: 03/24/2008) |
| 28. | 49 | Minute Order with attached opinion of the Court signed on 4/2/2008 granting the Defendants' abstention motion (related document(s)21, 19). (DePierola, Jacqueline) (Entered: 04/02/2008) |
| 29. | 50 | Notice of Appeal filed by Michael P. Richman on behalf of Timothy R. Balducci, Joseph C. Langston, The Langston Law Firm, PA. (Attachments: # 1 Affidavit of Service)(Richman, Michael) (Entered: 04/11/2008) |

Dated: April 21, 2008

Respectfully submitted,

By:   /s/ Michael P. Richman
   Michael P. Richman (2004646)
   FOLEY & LARDNER LLP
   90 Park Avenue
   New York, NY 10016
   Phone: (212) 682-7474

   -and-

   Geoffrey Goodman (*admitted pro hac vice*)
   Joanne Lee (*admitted pro hac vice*)
   FOLEY & LARDNER LLP
   321 N. Clark Street, Suite 2800
   Chicago, IL 60610
   Phone: (312) 832-4500
   Fax: (312) 832-4700

   *Attorneys for Appellants The Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci*

CHIC_2735848