■**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60610-4764
312.832.4500 TEL
312.832.4700 FAX
foley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

RECEIVED
MAY 27 2008

May 21, 2008

WRITER'S DIRECT LINE
312.832.4557
jlee@foley.com EMAIL

CLIENT/MATTER NUMBER
084965-0101

**VIA HAND DELIVERY**

Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

MEMO ENDORSED   Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
5/27/08

Re: **The Langston Law Firm, PA et al. v. The State of Mississippi et al.; 08-C-04331**

Dear Judge Pauley:

Pursuant to your standing order 1.E regarding requests for an extension of time, I am writing to request an extension of time for the filing of the initial opening brief of my client, The Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci, the appellants in the above named case (the "Appellants"), as well as corresponding extensions of time on the appellees' subsequent response brief and the appellants' reply brief. Specifically, the Appellants request that the Court extend the due date for their opening brief until June 13, 2008, the response brief until July 18, 2008, and the reply brief until August 8, 2008. There have been no previous requests for extensions of time.

The above-captioned matter was docketed on appeal from the United States Bankruptcy Court on May 8, 2008. Under Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, the Appellants are granted 15 days to file their opening brief, the appellees are granted 15 days to file their response, and the Appellants are granted 10 days to file their reply. Thus, in the instant matter, the Appellants' opening brief is currently due on Friday, May 23, 2008.

The Appellants request that the Court grant them additional time to prepare their opening brief, as counsel for Appellants will not have sufficient time to prepare the opening brief by May 23, 2008. This matter involves several legal issues that will generate significant briefing. In addition, I am currently preparing for a criminal evidentiary hearing that is set for June 2, 2008. Because I could not predict when the case would be docketed—triggering the due dates under Rule 8009(a)—I was unable to schedule my evidentiary hearing around the applicable deadlines in advance. I believe that the proposed deadlines, as set forth in the proposed scheduling order attached hereto as Exhibit A, will provide both parties with sufficient time to prepare their briefs in light of other commitments and the complexity of t.

Counsel for the Appellees have indicated that they have no objection to the proposed briefing schedule.

BOSTON              JACKSONVILLE        NEW YORK            SAN FRANCISCO       TOKYO
BRUSSELS            LOS ANGELES         ORLANDO             SHANGHAI            WASHINGTON, D.C.
CENTURY CITY        MADISON             SACRAMENTO          SILICON VALLEY
CHICAGO             MIAMI               SAN DIEGO           TALLAHASSEE
DETROIT             MILWAUKEE           SAN DIEGO/DEL MAR   TAMPA

CHIC_2967225.1

**∎FOLEY**
FOLEY & LARDNER LLP

Hon. William H. Pauley
May 21, 2008
Page 2

                                                        Sincerely,

                                                        Joanne Lee, Esq.

JL:lap
Attachments
      cc:   Andrew M. Kramer, Esq.
                  Michael P. Richman, Esq.
                  Geoffrey Goodman, Esq.

CHIC_2967225.1