Robert A. Scher (RS 2910)
Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> WORLDCOM, INC., et al., <br><br>               Debtors. | Chapter 11 <br> Jointly Administered <br><br> Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI, <br><br>               Appellants, <br><br> v. <br><br> THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi, <br><br>               Appellees. | Case No. 08-C-04331 <br><br> Adversary Proceeding No. 07-02044 (AJG) <br><br><br> **CERTIFICATE OF SERVICE** |

CHIC_3086061.1

Katherine E. Hall, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Plaintiffs The Langston Law Firm, PA, Joseph C. Langston and Timothy R. Balducci listed in the documents herein.

On June 13, 2008 I served the OPENING BRIEF OF APPELLANTS (with Appendix) via hand-delivery upon the following non-ECF participant:

Andrew M. Kramer
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169-0075

    /s/ Katherine E. Hall
    Katherine E. Hall

Sworn to before me this
13th day of June, 2008
/s/ Yolanda C. Peña
Notary Public, State of Illinois

CHIC_3086061.1