UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE LANGSTON LAW FIRM, PA, et al.,

        Appellants,

        -against-

THE STATE OF MISSISSIPPI, et al.,

        Appellees.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 4331 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Oral Argument concerning the appeal shall be held September 19, 2008 at 12:30 p.m.

Dated: June 12, 2008
      New York, New York

                    SO ORDERED:

                    WILLIAM H. PAULEY III
                          U.S.D.J.

*Counsel of record*:

Michael P Richman, Esq.
Foley & Lardner, LLP
90 Park Avenue
New York, NY 10016
*Counsel for Appellants*

Andrew M. Kramer, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.,
230 Park Avenue
New York, NY 10169-0075
*Counsel for Appellees*

1