Michael P. Richman (MR 2224)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman
Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA,
Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>　　　　　Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>　　　　　Appellants,<br><br>v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>　　　　　Appellees. | Case No. 08-C-04331<br><br>Adversary Proceeding No. 07-02044 (AJG)<br><br>**MOTION TO ADMIT**<br><br>*PRO HAC VICE* |

NYC_267828.1

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael P. Richman, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

|   |   |
|---|---|
| Applicant's Name: | Joanne Lee |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark Street |
|  | Suite 2800 |
| City/State/Zip: | Chicago, IL 60610-4764 |
| Phone Number: | (312) 832-4500 |
| Fax Number: | (312) 832-4700 |

Joanne Lee is a member in good standing in the Bar of the State of Illinois. There are no pending disciplinary proceeding against Joanne Lee in any State or Federal court.

Dated: June 23, 2008
    New York, New York

FOLEY & LARDNER LLP

Michael P. Richman (MR 2224)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

*Attorneys for Appellants Langston Law Firm, PA,
Joseph C. Langston, and Timothy R. Balducci*

NYC_267828.1

Michael P. Richman (MR 2224)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA,
Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>          Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>          Appellants,<br><br>          v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>          Appellees. | Case No. 08-C-04331<br><br>Adversary Proceeding No. 07-02044 (AJG)<br><br>**AFFIDAVIT OF MICHAEL P. RICHMAN**<br><br>**IN SUPPORT OF WRITTEN MOTION**<br><br>**TO ADMIT COUNSEL *PRO HAC VICE*** |

NYC_267828.1

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

Michael Richman, being duly sworn, hereby deposes and says as follows:

1. I am a partner at Foley & Lardner LLP, counsel for Appellants Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Joanne Lee as counsel pro hac vice to represent Appellants Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci in this matter.

2. I am a member in good standing of the bar of the State of New York. I was admitted to practice law on December 17, 1979 in the District of Columbia, and I was admitted to practice law in New York on July 31, 1985. I am in good standing with this Court.

3. Joanne Lee is an associate at Foley & Lardner LLP in Chicago, Illinois.

4. Joanne Lee is a member in good standing in the Bar of the State of Illinois. A certificate of Good Standing from the Bar of the State of Illinois is attached as Exhibit A.

5. I understand Ms. Lee to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure. I know of no reason why Ms. Lee should not be admitted pro hac vice.

6. Accordingly, I am pleased to move the admission of Joanne Lee, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Joanne Lee, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joanne Lee, pro hac vice, to represent Appellants Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci in the above captioned matter, be granted.

Dated: June 23, 2008
       New York, NY

Respectfully submitted,

Michael P. Richman (MR 2224)

Sworn to before me this
23 day of June 2008

Samantha S. Edite
Notary Public, State of New York

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 20 10

NYC_267828.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Joanne Lee

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 2004 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, June 17, 2008.

*Juleann Hornyak*

Clerk

Michael P. Richman (MR 2224)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA,
Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>　　　　Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>　　　　Appellants,<br><br>　　v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>　　　　Appellees. | Case No. 08-C-04331<br><br>Adversary Proceeding No. 07-02044 (AJG)<br><br>**ORDER FOR ADMISSION**<br><br>*PRO HAC VICE*<br><br>**ON WRITTEN MOTION** |

NYC_267828.1

Upon the motion of Michael P. Richman, attorney for Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Joanne Lee |
| Firm Name: | Foley & Lardner LLP |
| Address: | 321 North Clark Street |
| | Suite 2800 |
| City/State/Zip: | Chicago, IL 60610-4764 |
| Phone Number: | (312) 832-4500 |
| Fax Number: | (312) 832-4700 |
| Email Address: | jlee@foley.com |

is admitted to practice pro hac vice as counsel for Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June    , 2008
    New York, New York

_____
United States District/Magistrate Judge

NYC_267828.1

Michael P. Richman (MR 2224)
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman
Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA,
Joseph C. Langston, and Timothy R. Balducci*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>       Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>       Appellants,<br><br>v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>       Appellees. | Case No. 08-C-04331<br><br>Adversary Proceeding No. 07-02044 (AJG)<br><br>**AFFIDAVIT OF SERVICE** |

NYC_89780.1

2

Martie P. Kutscher, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Appellants The Langston Law Firm, PA, Joseph C. Langston and Timothy R. Balducci listed in the documents herein.

On the 23rd day of June, 2008 I served **MOTION TO ADMIT JOANNE LEE *PRO HAC VICE*** and **MOTION TO ADMIT GEOFFREY GOODMAN *PRO HAC VICE*** via United States first class mail upon:

> The State of Mississippi c/o
> Hon. James Hood, Attorney General
> Office of the Attorney General
> 450 High Street
> Gartin Building, 5th Floor
> Jackson, MS 39201
>
> Arthur F. Jernigan, Esq.
> Craig M. Geno, Esq.
> Harris Jernigan & Geno, PLLC
> 587 Highland Colony Parkway
> P.O. Box 3380
> Ridgeland, MS 39158-3380
> Phone: (601) 427-0048
> Fax: (601) 427-0050
>
> Phil Bryant (or the current State Auditor)
> Mississippi Office of the State Auditor
> 501 N. West Street
> Suite 801, Woolfolk Building
> Jackson, MS 39201
> Phone: (601) 576-2800
> Fax: (601) 576-2687
>
> Andrew M. Kramer
> Otterbourg, Steindler, Houston &
> Rosen, P.C.
> 230 Park Avenue
> New York, NY 10169-0075

2

Phone: (212) 661-9100
Fax: (212) 682-6104


RATTET, PASTERNAK & GORDON OLIVER, LLP
550 Mamaroneck Avenue
Harrison, New York 10528
Attn: Julie A. Cvek (9171)
Attn: James B. Glucksman, Esq.
Tel. No. (914) 381-7400
Fax No. (914) 381-7406



*/s/ Martie P. Kutscher*
Martie P. Kutscher


Sworn to before me this
June 23, 2008

*/s/ Samantha S. Edite*
Notary Public, State of New York

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 2010

3

NYC_89780.1