USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE LANGSTON LAW FIRM et al,                 :

                 Appellants,     :    08 Civ. 4331 (WHP)

    -against-     :    ORDER GRANTING
                                        :    ADMISSION PRO HAC VICE
THE STATE OF MISSISSIPPI et al,              :

                 Appellees.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Having reviewed the Notice of Motion and the Affidavit of Michael P. Richman, Esq. in support of admitting Joanne Lee, Esq. to appear pro hac vice, it is hereby ORDERED that Ms. Lee be admitted to this Court pro hac vice to represent Appellants in the above-captioned actions.

       The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    July 9, 2008
            New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.