USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE LANGSTON LAW FIRM et al,        :
                                    :   08 Civ. 4331 (WHP)
           Appellants,              :
                                    :   ORDER GRANTING
     -against-                      :   ADMISSION PRO HAC VICE
                                    :
THE STATE OF MISSISSIPPI et al,     :
                                    :
           Appellees.               :
------------------------------------X

WILLIAM H. PAULEY III, District Judge:

    Having reviewed the Notice of Motion and the Affidavit of Michael P. Richman, Esq. in support of admitting Geoffrey S. Goodman, Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Goodman be admitted to this Court pro hac vice to represent Appellants in the above-captioned actions.

    The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:   July 9, 2008
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.