Andrew M. Kramer (AK 4438)
Andrew S. Halpern (AH 7905)
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Attorneys for Appellees Stacey Pickering in his capacity
as Auditor for the State of Mississippi and Phil Bryant
in his capacity as former Auditor for the State of Mississippi*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br>Bankruptcy Court Case No.<br>02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>Appellants,<br><br>v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>Appellees. | 08 Civ. 04331<br><br>Bankruptcy Court Adversary Proceeding No. 07-02044 (AJG)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts of the Southern and Eastern Districts of New York, I, Andrew M. Kramer, a member in good standing of the bar of this Court, hereby move this Court for an Order allowing the admission *pro hac vice* of the following individuals:

1069241.1

|  |  |
|---|---|
| Applicants' Names: | Arthur F. Jernigan, Jr. |
|  | Craig M. Geno |
| Firm Name: | Harris Jernigan & Geno, PLLC |
| Address: | 587 Highland Colony Parkway, Post Office Box 3380 |
| City/State/Zip: | Ridgeland, Mississippi 39158-3380 |
| Phone Number: | (601) 427-0048 |
| Fax Number: | (601) 427-0050 |
| Email Addresses: | ajernigan@harrisgeno.com |
|  | cmgeno@harrisgeno.com. |

Arthur F. Jernigan, Jr., Esq., and Craig M. Geno, Esq., are members in good standing of the Bar of the State of Mississippi. There are no pending disciplinary proceedings against Mr. Jernigan or Mr. Geno in any state or federal court.

Dated: New York, New York
       July 22, 2008

Respectfully submitted,

_____
Andrew M. Kramer (AK 4438)
OTTERBOURG, STEINDLER, HOUSTON
  & ROSEN, P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Counsel for Appellees Stacey Pickering in his capacity as Auditor for the State of Mississippi and Phil Bryant, in his capacity as former Auditor for the State of Mississippi*

Andrew M. Kramer (AK 4438)
Andrew S. Halpern (AH 7905)
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Attorneys for Appellees Stacey Pickering in his capacity
as Auditor for the State of Mississippi and Phil Bryant
in his capacity as former Auditor for the State of Mississippi*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> WORLDCOM, INC., et al., <br><br> Debtors. | Chapter 11 <br> (Jointly Administered) <br> Bankruptcy Court Case No. <br> 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI, <br><br> Appellants, <br><br> v. <br><br> THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi, <br><br> Appellees. | 08 Civ. 04331 <br><br> Bankruptcy Court <br> Adversary Proceeding <br> No. 07-02044 (AJG) <br><br> **AFFIDAVIT OF <br> ANDREW M. KRAMER <br> IN SUPPORT OF MOTION <br> TO ADMIT COUNSEL <br> <u>PRO HAC VICE</u>** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Andrew M. Kramer, being duly sworn, deposes and says as follows:

1.  I am a Member of the Firm of Otterbourg, Steindler, Houston & Rosen, P.C., counsel for Appellees Stacey Pickering and Phil Bryant in the above captioned action. I am

1069243.1

familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of the motion by Appellees Stacey Pickering and Phil Bryant to admit Arthur F. Jernigan, Jr. and Craig M. Geno as counsel *pro hac vice* to represent Appellees Stacey Pickering and Phil Bryant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Arthur F. Jernigan, Jr. for approximately seven (7) months and Craig M. Geno since 2000.

4. Arthur F. Jernigan, Jr. and Craig M. Geno are partners in the law firm of Harris Jernigan & Geno, PLLC in Ridgeland, Mississippi.

5. Messrs. Jernigan and Geno are members in good standing of the Bar of the State of Mississippi. Certificates of Good Standing from the Bar of the State of Mississippi for Messrs. Jernigan and Geno are annexed hereto as Exhibit A.

6. I have found both Mr. Jernigan and Mr. Geno to be skilled attorneys and persons of integrity. They are experienced in federal practice and are familiar with the Federal Rules of Civil Procedure.

7. Accordingly, I am pleased to move the admission of Messrs. Jernigan and Geno, *pro hac vice*.

8. A proposed order granting the admission of Messrs. Jernigan and Geno, *pro hac vice*, is annexed hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Arthur F. Jernigan, Jr. and Craig M. Geno, *pro hac vice*, to represent Appellees Stacey Pickering and Phil Bryant in the above captioned matter be granted.

                                                      */s/ Andrew M. Kramer*
                                                       Andrew M. Kramer (AK 4438)

Sworn to before me this
22nd day of July, 2008.

*/s/ Nancy Regina-Palombo*
Notary Public

NANCY REGINA-PALOMBO
Notary Public, State Of New York
No. 01PA4772222
Qualified In Bronx County
Commission Expires 8/31/2010

# The Supreme Court of Mississippi



### Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Arthur F. Jernigan, Jr.** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 21, 1974, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on July 11, 2008, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

Betty W. Sephton
CLERK

# The Supreme Court of Mississippi



### Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Craig M. Geno** was duly and legally admitted to practice law before the Supreme Court of Mississippi on March 9, 1979, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on July 11, 2008, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

*Betty W. Sephton*
CLERK

Andrew M. Kramer (AK 4438)
Andrew S. Halpern (AH 7905)
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Attorneys for Appellees Stacey Pickering in his capacity
as Auditor for the State of Mississippi and Phil Bryant
in his capacity as former Auditor for the State of Mississippi*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> WORLDCOM, INC., et al., <br><br> Debtors. <br><br> THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI, <br><br> Appellants, <br><br> v. <br><br> THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi, <br><br> Appellees. | Chapter 11 <br> (Jointly Administered) <br> Bankruptcy Court Case No. <br> 02-13533 (AJG) <br><br> 08 Civ. 04331 <br><br> Bankruptcy Court <br> Adversary Proceeding <br> No. 07-02044 (AJG) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE ON** <br> **WRITTEN MOTION** |

Upon the motion of Andrew M. Kramer, Esq., attorney for Appellees Stacey Pickering and Phil Bryant, and the Affidavit of Andrew M. Kramer, Esq., in support of the motion for the admission of Arthur F. Jernigan, Jr., Esq., and Craig M. Geno, Esq., to practice *pro hac vice* as counsel for Stacey Pickering and Phil Bryant in the above captioned case,

1069265.1

**IT IS HEREBY ORDERED** that the motion is granted and the following individuals are admitted to practice *pro hac vice* as counsel for Stacey Pickering and Phil Bryant in the above captioned case in this Court:

| | |
|---|---|
| Applicant's Name(s): | Arthur F. Jernigan, Jr. |
| | Craig M. Geno |
| Firm Name: | Harris Jernigan & Geno, PLLC |
| Addresses: | 587 Highland Colony Parkway, Post Office Box 3380 |
| City/State/Zip: | Ridgeland, Mississippi 39158-3380 |
| Phone Number: | (601) 427-0048 |
| Fax Number: | (601) 427-0050 |
| Email Addresses: | ajernigan@harrisgeno.com |
| | cmgeno@harrisgeno.com. |

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:            , 2008
    New York, New York

_____
United States District/Magistrate Judge

Andrew M. Kramer (AK 4438)
Andrew S. Halpern (AH 7905)
OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169-0075
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Attorneys for Appellees Stacey Pickering in his capacity
as Auditor for the State of Mississippi and Phil Bryant
in his capacity as former Auditor for the State of Mississippi*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br>Bankruptcy Court Case No.<br>02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>Appellants,<br><br>v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>Appellees. | 08 Civ. 04331<br><br>Bankruptcy Court<br>Adversary Proceeding<br>No. 07-02044 (AJG)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Andrew S. Halpern, being duly sworn, deposes and says as follows:

1.   I am an attorney admitted to practice before this Court and am associated with the Firm of Otterbourg, Steindler, Houston & Rosen, P.C., counsel for Appellees Stacey Pickering and Phil Bryant in the above captioned action.

1076171.1

2. On July 22, 2008, I served the Motion to Admit Counsel Pro Hac Vice, the Affidavit of Andrew M. Kramer in Support of Motion to Admit Counsel Pro Hac Vice and the exhibits thereto by first class mail upon the persons shown below by sending same via first class mail in post-paid sealed wrappers properly addressed to:

Michael Richman, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Robert A. Scher, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Joanne Lee, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610

Geoffrey Goodman, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610.

*Andrew S. Halpern*
Andrew S. Halpern (AH 7905)

Sworn to before me this
22nd day of July, 2008

*Nancy Regina-Palombo*
Notary Public

NANCY REGINA-PALOMBO
Notary Public, State Of New York
No. 01PA4772222
Qualified In Bronx County
Commission Expires 8/3/2010

1076171.1                                    2