USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
THE LANGSTON LAW FIRM et al,          :

                Appellants,          :     08 Civ. 4331 (WHP)
                                     :
      -against-                      :     ORDER GRANTING
                                     :     ADMISSION PRO HAC VICE
THE STATE OF MISSISSIPPI et al,       :

                Appellees.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

      Having reviewed the Notice of Motion and the Affidavit of Andrew M. Kramer, Esq. in support of admitting Arthur F. Jernigan, Jr. Esq. to appear pro hac vice, it is hereby ORDERED that Mr. Jernigan be admitted to this Court pro hac vice to represent Appellees Stacey Pickering and Phil Bryant in the above-captioned action.

      The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    August 4, 2008
           New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.