

**FOLEY & LARDNER LLP**



JUL 30 2008

July 30, 2008

ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60610-4764
312.832.4500 TEL
312.832.4700 FAX
foley.com

WRITER'S DIRECT LINE
312.832.4557
jlee@foley.com EMAIL

CLIENT/MATTER NUMBER
084965-0101

**VIA FACSIMILE**

Hon. William H. Pauley
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

Re: The Langston Law Firm, PA et al. v. The State of Mississippi et al.; 08-C-04331

Dear Judge Pauley:

    Pursuant to Local Rule 7.1(b) regarding the length of reply briefs for an appeal from the United States Bankruptcy Court, I am writing to request permission to file a reply brief in excess of 10 pages on behalf of my client, the Langston Law Firm, PA, Joseph C. Langston, and Timothy R. Balducci, the appellants in the above named case (the "Appellants").

    The Appellants will be filing their reply brief on appeal on **August 8, 2008**. Their reply brief is necessarily longer than 10 pages (we currently estimate that the brief will be approximately 20 pages). The reply brief will be responding to a response brief submitted by the Appellees in the matter totaling 48 pages. Counsel for the Appellants attempted and will attempt to limit the length of their brief to as few pages as possible; however, in order to present and support its argument adequately, the Appellants require leave to submit an opening brief in excess of 10 pages.

    Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Joanne Lee, Esq.

cc:  Andrew M. Kramer, Esq.
     Michael P. Richman, Esq.
     Geoffrey Goodman, Esq.

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/4/08

BOSTON       JACKSONVILLE    NEW YORK        SAN FRANCISCO    TOKYO
BRUSSELS     LOS ANGELES     ORLANDO         SHANGHAI         WASHINGTON, D.C.
CENTURY CITY MADISON         SACRAMENTO      SILICON VALLEY
CHICAGO      MIAMI           SAN DIEGO       TALLAHASSEE
DETROIT      MILWAUKEE       SAN DIEGO/DEL MAR    TAMPA

NYC_263982.1