Michael P. Richman (MR 2224)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: mrichman@foley.com

-and-

Geoffrey Goodman (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellants Langston Law Firm, PA,*
*Joseph C. Langston, and Timothy R. Balducci.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>        Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG) |
| THE LANGSTON LAW FIRM, PA, JOSEPH C. LANGSTON, and TIMOTHY R. BALDUCCI,<br><br>        Appellants,<br><br>    v.<br><br>THE STATE OF MISSISSIPPI, STACEY PICKERING in his capacity as Auditor for the State of Mississippi, and PHIL BRYANT, in his capacity as former Auditor for the State of Mississippi,<br><br>        Appellees. | Case No. 08-C-04331<br><br>Adversary Proceeding No. 07-02044 (AJG)<br><br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK  )

        Martie Kutscher, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and my current business address is Foley & Lardner LLP, 90 Park Avenue, New York, New York, 10016.

        That on the 8th day of August, 2008, deponent served **REPLY BRIEF OF APPELLANTS IN SUPPORT OF APPEAL OF BANKRUPTCY COURT'S ABSTENTION ORDER** via hand delivery upon:

> Andrew M. Kramer
> Otterbourg, Steindler,
> Houston & Rosen, P.C.,
> 230 Park Avenue
> New York, NY 10169-0075

And that on the 8th day of August, 2008, deponent served **REPLY BRIEF OF APPELLANTS IN SUPPORT OF APPEAL OF BANKRUPTCY COURT'S ABSTENTION ORDER** via United States first class mail upon:

> Craig M. Geno
> Arthur F. Jernigan , Jr
> Harris, Jernigan & Geno, PLLC
> 587 Highland Colony Parkway
> P.O. Box 3380
> Ridgeland, MS 39158

*Martie Kutscher*

Martie P. Kutscher

2